# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: December 12, 2017
Claim Number: 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D

0004491  00034512     1 AB  0.403 1205M1T2R5PN  T136 P17
ABIEBA H HAJWANIE
125 NAVAJO CIRCLE
EVANSTON WY 82930-4518

S. S.
SAVE



We are writing to you about your Social Security benefits.

**What You Should Know**

As you requested on or about December 5, 2017 we changed your direct deposit information.  We will send your Social Security payments to the new financial institution or account you selected.

You should keep the old account open until we send a payment to the new account.  It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send any future letters to your new address.  Also let us know if you change the bank account where we send your payments.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

- You will receive $1,508.00 for December 2017 around January 24, 2018.

- After that you will receive $1,508.00 on or about the fourth Wednesday of each month.

C                              See Next Page

## If You Disagree With The Decision

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You may go to our website at www.socialsecurity.gov/online/ to find the form SSA-561. You can also contact us by phone, mail, or come into an office to request the form. If you need help to fill out the form, we can help you by phone or in person. 

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-881-0211. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 131 GATEWAY BLD
79 WINSTON DR
ROCK SPRINGS, WY 82901